# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| MARCUS THOMAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:18-cv-02878-TLP-tmp |
| v. | ) | |
| | ) | |
| GRADY PERRY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DIRECTING PETITIONER TO COMPLY WITH 28 U.S.C. § 1915(a)(2) OR PAY THE $5.00 FILING FEE

Petitioner Marcus Thomas[1] filed a pro se petition under 28 U.S.C. § 2254 and in forma pauperis application on November 13, 2018. (ECF No. 1 & 2.) However, the application to proceed in forma pauperis does not include a recent certification by the prison trust fund account officer or a current copy of the Petitioner's inmate trust fund account statement showing a complete balance for the last six months, as required by 28 U.S.C. § 1915(a)(2).

Accordingly, Petitioner is ORDERED to pay the $5.00 filing fee or submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement and recent certification by the prison trust fund account officer within thirty (30) days after the date of this order.[2]

Petitioner is notified that failure to comply with this order in a timely manner will result

---

[1] Petitioner, Tennessee Department of Correction prisoner number 5308901, is incarcerated at the South Central Correctional Facility in Clifton, Tennessee.

[2] In the interest of expediting this matter, Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed in forma pauperis will be denied.

in dismissal of this action without further notice for failure to prosecute pursuant to Federal

Rule of Civil Procedure 41(b).

      **SO ORDERED**, this 17th day of January, 2019.

                               s/Thomas L. Parker
                              THOMAS L. PARKER
                              UNITED STATES DISTRICT JUDGE